Case 4:21-cv-00026-BMM-JTJ Document 3 Filed 03/09/21 Page 1 of 3

UNITED STATES DISTRICT COURT



*DISTRICT OF MONTANA*

March 9, 2021

*Re:  VICTOR CHARLES FOURSTAR, JR. v. STATE OF MONTANA, Cause No. CV 21-026-GF-BMM-JTJ*

## NOTICE OF CASE OPENING

      Attached you will find a copy of the Court's docket sheet for your case.  Please put the **cause number** and the **correct division** on all documents you submit to the Court regarding this case.  For administrative reasons, the clerk and the Judge presiding in your case will generally send mail to you from Missoula.  You should send mail to the division reflected on your case caption and in your case number.  Your case is venued in GREAT FALLS.  Please address all of your mail to the Missouri River Courthouse, 125 Central Avenue West, Great Falls, Montana 59404.

      **Form of Submitted Documents:**  All documents you submit to the Court should be in the form of a pleading, notice, motion, or brief.  Letters to the presiding judge are not authorized by the governing rules and should not be sent.  Any letters or documents addressed directly to the judge or other court staff other than the Clerk of Court are not part of the record and will not be considered for any purpose.

      **Prescreening Requirement:**  Pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(a), and/or Rule 4 of the Rules Governing Section 2254 Cases, the presiding judge prescreens all cases filed in forma pauperis and all cases filed by prisoners.  Each case receives the presiding judge's individual attention.  Many cases are before the Court and thus prescreening takes some time.  As soon as an Order is issued, a copy will be mailed to you.  The Court will not consider appointing counsel, serving your Complaint upon Defendant(s), or requiring an Answer from Respondents until after the prescreening process is complete.

      **Privacy Protection:**  Federal Rule of Civil Procedure 5.2 <u>prohibits</u> litigants in non-habeas

1

proceedings from submitting documents to the Court which contain certain personal information. We <u>ask</u>, but do not require, that habeas litigants follow these rules as well. To follow these rules,

- social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g. xxx-xx-5271, xx-xxx5271, xxxxxxxx3567);

- birth dates must include only the year of birth (e.g. xx/xx/2001); and

- names of persons under the age of 18 must include only initials (e.g. L.K.).

If your documents (including motions and exhibits) contain any of the above listed information, you must black that information out before sending those documents to the Court in a non-habeas action.

<u>You are responsible for protecting the privacy of this information</u> in a non-habeas case. Privacy protection rules do not apply to copies of records you have obtained from courts or administrative agencies.

**Inquiries to Clerk of Court:** No one at the Court is permitted to give you legal advice. The Clerk of Court does not have the authority to take any action with respect to your case unless a judge or rule authorizes the Clerk to do so.

**Change of Address:** You must immediately inform the Clerk of Court of any change in your address. Failure to do so may result in dismissal of your case without notice to you.

**Filing Date:** The filing date reflected on the Court's docket may not be the legal filing date for your pleading. Should any issue arise with respect to a statute of limitations, you will be given an opportunity to respond on that issue. Do not write to the Clerk to correct the date.

**Copy Costs:** Litigants proceeding in forma pauperis are not exempt from other fees and costs associated with prosecuting their actions, including but not limited to copying and witness fees. It is important to realize that even if you are proceeding with an action in forma pauperis, neither the Court nor the Clerk's office can make copies for you free of charge. Copies of documents in your file cannot be provided to you by the Clerk's Office without a charge of $0.10 per page which must be pre-paid at the time that you make your request. Therefore, you should always keep a copy, for your own records, of all documents that you sent to the Court or to the Clerk's Office.

**NOTICE REGARDING ELECTRONIC FILING**

As of November 7, 2005, the United States District Court for the District of Montana uses an electronic filing system. All documents that you send to the Court for filing will be scanned and filed in electronic form. (A scanner takes a picture of the document and makes it into an electronic file so that the document can be viewed on a computer screen, saved on a computer hard drive, or printed.) The electronic version of your document is the Court's official record of that document. The electronic

version is identical to the original paper document and no one can alter the document. After scanning, the paper documents the Court receives from you will be discarded.

To ensure that your documents are legible in electronic form:

- Use white, unlined paper only;
- Type your documents or hand write in ink, not pencil;
- Do not use highlighters of any kind;
- Do not staple or otherwise bind the pages of a document together, though you may paper-clip or clamp pages together if you are submitting more than one document for filing;
- Submit only one original document. Copies are no longer required for the federal court; and
- Do not submit ANY double-sided pages. PLEASE CHECK YOUR MATERIALS CAREFULLY and replace any double-sided pages with two single-sided copies. Please be aware that orders of the Montana Supreme Court are frequently printed on both sides of the page.

If the Court is unable to make a legible electronic version of your document, you will be given an opportunity to correct the problem.

You will receive by mail from the Court a paper copy of any order that is issued in the case. You will receive by mail from other parties a paper copy of any document that party files with the Court.

Some documents, including orders by judges, are created and filed directly in electronic form and do not need to be scanned. While you will receive a paper copy of any such documents, you should be aware that such documents may be signed with "/s/" followed by the printed name of the signer. That form of signature is a legal and valid signature that is fully recognized and accepted by the Court. Because your documents will be scanned, you should always sign your documents in the conventional manner.